# United States District Court
## Violation Notice

EV66

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 5238384 | MARTIN | 447 |

5238384

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 03/16/2016 1006 | 36 CFR 4.21(c) |

Place of Offense
N/B GWMP @ TR ISLAND

HAZMAT ☐

Offense Description: Factual Basis for Charge

SPEED 67/40
F/S/D
RADAR DS35798 / 181112 / 281699

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| BLOUNTE JR | MICHAEL | A. |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 5CA1861 | MD | | JEEP WGLR | | YLW |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 145 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 170.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. DISTRICT COURT, 401 Courthouse Square, Alexandria, VA 22314
(703) 299-2100

Date (mm/dd/yyyy): 05/26/2016
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)   Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident